

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2013

No. 04-12-00480-CV

Greg **CHAMBERS** and Trina Bradley,
Appellants

v.

Eusebio **MALDONADO**,
Appellee

From the 367th Judicial District Court, Denton County, Texas
Trial Court No. 2010-50194-367
Honorable Jonathan Mark Bailey, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellants.

It is so **ORDERED** on May 8, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2013.

_____
Keith E. Hottle, Clerk